UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| RISE H. HOYLE, | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| vs. | ) | **CASE NO. 5:24-CV-65-D** |
| | ) | |
| CUMBERLAND COUNTY HOSPITAL SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DISMISSES AS MOOT defendant's motion to dismiss [D.E. 16], Hoyle's motion to deny defendant's motion to dismiss [D.E. 19], and Hoyle's second motion to deny defendant's motion to dismiss [D.E. 25]. The court GRANTS defendant's motion to dismiss plaintiff's amended complaint [D.E. 28] and DISMISSES WITHOUT PREJUDICE plaintiff's amended complaint.

This Judgment filed and entered on March 7, 2025, and copies to:
Rise H. Hoyle           (via US Mail to 7702 Eunice Drive, Fayetteville, NC  28306)
Jeremy Daniel Locklear  (via CM/ECF electronic notification)
Patricia T. Bartis      (via CM/ECF electronic notification)

March 7, 2025                                         Peter A. Moore, Jr.
                                                      Clerk of Court

                                                 By:  /s/ Stephanie Mann
                                                      Deputy Clerk